5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § |
| versus | § Civil Action B-01-74 |
| | § § |
| Manuel Barrientez | § |

REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America requests an entry of default against Manuel Barrientez in that the defendant has not filed an answer or other responsive pleading in this cause.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Manuel Barrientez at 446 East Main Raymondville, TX 78580, by (1) certified mail, return receipt requested, No. 7000 0520 0021 9163 8268, and (2) regular, first class mail on the 10th day of July, 2001.

_____

ClibPDF - www.fastio.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § § § | Civil Action B-01-74 |
| Manuel Barrientez | § | |

## ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court hereby makes an entry of default against Manuel Barrientez in that the defendant has not filed an answer or other responsive pleading in this cause.

Default is hereby entered as against the defendant this _____ day of _____, 2001.

_____
United States District Clerk

ClibPDF - www.fastio.com