8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 15 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| VS | § | CIVIL ACTION NO. B-01-074 |
| | § | |
| MANUEL BARRIENTEZ | | |

## O R D E R

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation s hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 6) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

**Debt 1:**

| | | |
| --- | --- | --- |
| 1. | Principal Balance as of February 12, 1999 | $ 2,832.69 |
| 2. | Interest as of February 12, 1999 | $ 1,936.11 |
| 3. | Administrative Fees, Costs, Penalties | $ 0.00 |
| 4. | Attorney's Fees | $ 500.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | 8.00% |
| 6. | Daily Accrual | $ 0.62 |
| 7. | TOTAL Balance Due (including attorney's fees) | $ 5,268.80 |
| 8. | Post Judgment Interest equals _2.40_ % per annum | |

4

**Debt 2:**

| | | | |
|---|---|---|---:|
| 1. | Principal Balance of February 12, 1999 | $ | 802.11 |
| 2. | Interest of February 12, 1999 | $ | 756.86 |
| 3. | Administrative Fees, Costs, Penalties | $ | 0.00 |
| 4. | Attorney's Fees | $ | 500.00 |
| 5. | Pre-Judgment Interest Rate Per Annum | | 9.13% |
| 6. | Daily Accrual | $ | 0.20 |
| 7. | TOTAL Balance Due (including attorney's fees) | $ | 2,058.97 |

8. Post Judgment Interest equals _2.40_ % per annum

DONE in Brownsville, Texas, this __12__ of __October__ 2001.

_____
Hilda G. Tagle
United States Magistrate Judge

5